AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

UNITED STATES DISTRICT COURT
for the

FILED

FEB -6 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MATTHEW ANDREW GARCES | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| "SEE ATTACHMENT" | ) |
| _Defendant_ | ) |

SA25CA0127 FB

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._  If I am employed, my employer's name and address are:
NOT APPLICABLE.

My gross pay or wages are:  $ _____ 0.00 , and my take-home pay or wages are:  $ _____ 0.00 per
_(specify pay period)_ 06/16/2024 TO PRESENT .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

MY FORMER BEST FRIEND, BAUDELIA HERNANDEZ, GIFTED AND LOANED ME MONEY WHEN SHE WON THE TEXAS LOTTERY IN SEPTEMBER OF 2023. I WAS FORCED TO WORK FOR MRS. HERNANDEZ AND HER ENTIRE FAMILY AS A HOME HEALTH PROVIDER DESPITE PLAINTIFF BEING A DISABLED REGISTERED NURSE.

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 5,000.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NOT APPLICABLE.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

CPS Energy $259, SAWS       $50, HP Instant Ink & Paper    $10.48, Gas $200, World Finance $93, Cellphone + Internet      $145, Nelnet      $0, Amazon Prime $12, Zion's Dog Food $150, Renter's Insurance $37.08, Paramount     $14, Zion's Pet Insurance $65.01, Lemonade Auto Insurance    $266, 2017 Chevrolet Camaro  $726.44, Rent $1,700, THECB    $150, Groceries    $0 ($290 in SNAP Benefits) = TOTAL $3,731.01/month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NOT APPLICABLE.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

ALMOST $100,000 IN FEDERAL STUDENT LOAN DEBT IN ADDITION TO MEDICAL DEBT.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 02/06/2025 _____

_____
*Applicant's signature*

_____
MATTHEW ANDREW GARCES
*Printed name*

| Print | Save As... | Add Attachment | | Reset |

1. CITY OF SAN ANTONIO ATTORNEY DEBORAH KLEIN,

2. SAN ANTONIO POLICE DEPARTMENT PUBLIC SAFETY HEADQUARTERS,

3. SAPD OFFICER D. FOSTER,

4. SAPD OFFICER F. RUIZ BADGE #1028,

5. SAPD OFFICER ARIZOLA BADGE #1818,

6. SAPD OFFICER L. LEVI,

7. SAPD SGT. OLIVA BADGE #3233,

8. SAPD OFFICER G. COLEMAN BADGE #378,

9. SAPD HOMICIDE UNIT DETECTIVE DELEON,

10. BEXAR COUNTY DISTRICT ATTORNEY JOE GONZALES,

Defendants.